IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JP MORGAN CHASE BANK, NAT'L ASS'N S/B/M TO BANK ONE N.A., | ) ) ) |
| Plaintiff(s), | ) ) CIVIL NO. 11-cv-585-SCW |
| vs. | ) ) |
| KIMBERLY A. SULLIVAN; TIMOTHY L. SULLIVAN, THE UNITED STATES OF AMERICA, DEP'T OF TREASURY, ILLINOIS DEP'T OF REVENUE, | ) ) ) ) |
| Defendant(s). | |

## JUDGEMNET IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice in accordance with an Order entered by Magistrate Judge Stephen C. Williams on August 1, 2012 (Doc. 43).

DATED:   November 29, 2012

NANCY J. ROSENSTENGEL, CLERK

By: S/Angie Vehlewald
    Deputy Clerk

Approved by:

s/Stephen C. Williams
STEPHEN C. WILLIAMS
UNITED STATES MAGISTRATE JUDGE