IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JP MORGAN CHASE BANK, NAT'L ASS'N S/B/M TO BANK ONE N.A., )<br><br>Plaintiff(s), )<br><br>vs. )<br><br>KIMBERLY A. SULLIVAN; TIMOTHY L. SULLIVAN, THE UNITED STATES OF AMERICA, DEP'T OF TREASURY, ILLINOIS DEP'T OF REVENUE, )<br><br>Defendant(s). | CIVIL NO.  11-cv-585-SCW |

## JUDGEMNET IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice in accordance with an Order entered by Magistrate Judge Stephen C. Williams on August 1, 2012 (Doc. 43).

DATED:    November 29, 2012

NANCY J. ROSENSTENGEL, CLERK

By: S/Angie Vehlewald
       Deputy Clerk

Approved by:

 s/Stephen C. Williams
STEPHEN C. WILLIAMS
UNITED STATES MAGISTRATE JUDGE